United States District Court
Northern District of Illinois
Eastern Division

**RECEIVED**

NOV 0 5 2007

NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s):  Daniela M. Sardisco

VS.

07cv6240
JUDGE MANNING
MAG. JUDGE DENLOW

Defendant(s):  Snickers Candy Bar

# Complaint

The last twenty Snickers bars that I have seen have been inconsistent and tampered with. Negligence with such a highly respected product is quit the crime.

First, they have had discolored caramel, some having a reddish tint. Other bars held peanuts with an over powering taste. I also tasted bars that tasted completely different from beginning to end. There were peanuts that tasted different from one another. Some peanuts tasted much more toasted than the other.

Another defect that many of the bars held was holes within the bar, where it seemed like there was a bubble and it was missing filling. I even saw a bar that didn't

1

have the swirl on top that's not all, some that had chipped corners. I bought a bar which had some of the filling oozing out of it and bars that had extra chocolate on the sides as if it dripped over. Lastly, there were bars that had smudges on the sides that looked like they came from finger nails. The chocolate doesn't lay the same on any of the bars.

This is a severe offense. This is a nation and international product that has always been consistent. I have purchased snickers for most of my life and I have never encountered what I have this last month. I consumed many of those bars not knowing they were hazardous to my health. I require compensation. The people do the same.

I am assuming the owner is negligent and the factories have been corrupted. What could the problem be what has happened is there a chance I could be effected in the long run? Will the factories be prosecuted? How can I trust Snickers?

306 Charmille Ln/ PO Box87 Wood Dale IL, 60191(630)523-3037

2