AE

07cv6240
JUDGE MANNING
MAG. JUDGE DENLOW

J.N

**FILED**
NOV X 5 2007
NOV 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela M. Sardisco
(Please print)

STREET ADDRESS: 306 Charmille Ln. * PO Box 87

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: (630) 523-3037

CASE NUMBER: _____

_Daniela Sardisco_    11-05-07
Signature    Date