AE

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Daniela Sardisco
306 Charmille Lane
Wood Dale, IL 60191-1939

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Plaintiff

v.

Snickers

Defendant(s)

FILED
J N NOV X 5 2007
NOV X 5 2007 CASE
JUDGE
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6240
JUDGE MANNING
MAG. JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, Dan Sardisco, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: 2005
      Monthly salary or wages: 675
      Name and address of last employer:_____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.
   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
      Amount_____ Received by_____

   Page 1 of 3

   c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No

Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No

Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☒Yes ☐No Total amount: 11,000.00
In whose name held: Daniela Sardisco Relationship to you: Self

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ☐No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☒Yes ☐No
Address of property: 306 Charmille
Type of property: House Current value: 350,000.00
In whose name held: Judy Sardiso Relationship to you: Mother
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☒Yes ☐No
Property: Range Rover Mobile
Current value: 8,000.00
In whose name held: Daniela Sardisco Relationship to you: Self

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-05-07

Daniela Sardisco
Signature of Applicant

Daniela Sardisco
(Print Name)