Motion to Appeal

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**
Daniela Jacolsko

v.

**Defendant(s)**
Mar's Snickers Bars

Case No. 07 C 6240

Amount: 7 million Dollars

I am distressed the candy has been tamped with and I know. The Company Mar's is against Health Codes and I was forced or unknowingly digested bactera and other people's grit after touching the candy that is packaged and not refridgerated! the candy has no experation date...

Dan Jarota