Motion to Appeal

KC FILED
FEB 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
Daniela Jacolitsco

V.

Defendant(s)
Mar's Snickers Bars

Case No. 07 C 6240

Amount: 7 million Dollars

I am distressed the candy has been tamped with and I know. The company Mar's is against Health codes and I was forced or unknowingly digested baetera and other people's grit after touching the candy that is packaged and not reFridgerated. the candy has no experation date . . .

Dan Jarota

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:   07 cv 6240

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Sardisco/appellant | | Snickers/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Daniela M. Sardisco | Name | |
| Firm | pro-se | Firm | |
| Address | 306 Charmille Lane P.O. Box 87 Wood Dale, Il. 60191 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Manning | Date Filed in District Court | 11/9/07 |
| Court Reporter | P. Mullen   X-5565 | Date of Judgment | ---------- |
| Nature of Suit Code | 365 | Date of Notice of Appeal | 2/8/08 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [X]

FEE STATUS:   Paid [ ]   Due [X]   IFP [ ]
              IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06240
## Internal Use Only

Sardisco v. Snickers
Assigned to: Honorable Blanche M. Manning
Cause: 28:1331 Federal Question

Date Filed: 11/09/2007
Date Terminated: 11/09/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Daniela M. Sardisco**          represented by   **Daniela M. Sardisco**
306 Charmille Lane
P.O. Box 87
Wood Dale, IL 60191
(630) 523-3037
PRO SE

V.

**Defendant**

**Snickers Candy Bar**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | **1** | RECEIVED Complaint and one copy by Daniela M. Sardisco. (kw, ) (Entered: 11/06/2007) |
| 11/05/2007 | **2** | CIVIL Cover Sheet. (Poor quality original - paper document on file.) (kw, ) (Entered: 11/06/2007) |
| 11/05/2007 | **3** | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (kw, ) (Entered: 11/06/2007) |
| 11/05/2007 | **4** | APPLICATION by Plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (Poor quality original - paper document on file.) (kw, ) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/09/2007 | **5** | MINUTE entry before Judge Blanche M. Manning : This case is hereby dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B) as the complaint does not set forth a colorable cause of action or indicate that there is any basis for this court to exercise jurisdiction. Accordingly, all pending motions are stricken as moot and the clerk is directed to terminate this case from the court's docket. Mailed notice (lcw, ) (Entered: 11/13/2007) |
| 02/08/2008 | **6** | NOTICE of appeal by Daniela M. Sardisco (Fee Due) (dj, ) (Entered: 02/12/2008) |
| 02/12/2008 | **7** | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/12/2008) |