# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6240 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Sardisco vs. Snickers | | |

**DOCKET ENTRY TEXT**

The court's November 9, 2007, order terminating this case was entered on the docket on November 13, 2007. To the extent that Ms. Sardisco's "motion to appeal" [#6] can be construed as a motion for leave to file a late notice of appeal, it is denied as the record fails to show that such relief is warranted. See Fed. R. App. P. 4(a)(5) & (6).

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|