

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

March 4, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Daniela M. Sardisco vs. Snickers Candy Bar

U.S.D.C. DOCKET NO. : 07cv6240

U.S.C.A. DOCKET NO. : 08-1337

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)     One Vol. Of PLeadings

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Daniela M. Sardisco vs. Snickers Candy Bar.

USDC NO.   : 07cv6240

USCA NO.   : 08-1337

          IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 4th day of March, 2008.

          MICHAEL W. DOBBINS, CLERK

          By: _____
               A. Rone, Deputy Clerk

APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06240
#### Internal Use Only

Sardisco v. Snickers  
Assigned to: Honorable Blanche M. Manning  
Case in other court: 08-01337  
Cause: 28:1331 Federal Question

Date Filed: 11/09/2007  
Date Terminated: 11/09/2007  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Federal Question

**Plaintiff**

**Daniela M. Sardisco**     represented by **Daniela M. Sardisco**  
306 Charmille Lane  
P.O. Box 87  
Wood Dale, IL 60191  
(630) 523-3037  
PRO SE

V.

**Defendant**

**Snickers Candy Bar**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | RECEIVED Complaint and one copy by Daniela M. Sardisco. (kw, ) (Entered: 11/06/2007) |
| 11/05/2007 | 2 | CIVIL Cover Sheet. (Poor quality original - paper document on file.) (kw, ) (Entered: 11/06/2007) |
| 11/05/2007 | 3 | PRO SE Appearance by Plaintiff Daniela M. Sardisco. (kw, ) (Entered: 11/06/2007) |

Page 1 of 2

| 11/05/2007 | 4 | APPLICATION by Plaintiff Daniela M. Sardisco for leave to proceed in forma pauperis. (Poor quality original - paper document on file.) (kw, ) (Entered: 11/06/2007) |
|---|---|---|
| 11/09/2007 | 5 | MINUTE entry before Judge Blanche M. Manning : This case is hereby dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B) as the complaint does not set forth a colorable cause of action or indicate that there is any basis for this court to exercise jurisdiction. Accordingly, all pending motions are stricken as moot and the clerk is directed to terminate this case from the court's docket. Mailed notice (lcw, ) (Entered: 11/13/2007) |
| 02/08/2008 | 6 | NOTICE of appeal by Daniela M. Sardisco (Fee Due) (dj, ) (Entered: 02/12/2008) |
| ~~02/12/2008~~ | ~~7~~ | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 02/12/2008)~~ |
| ~~02/12/2008~~ | ~~8~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 6. Notified counsel (dj, ) (Entered: 02/12/2008)~~ |
| 02/13/2008 | 9 | MINUTE entry before Judge Blanche M. Manning : The court's November 9, 2007, order terminating this case was entered on the docket on November 13, 2007. To the extent that Ms. Sardisco's "motion to appeal" 6 can be construed as a motion for leave to file a late notice of appeal, it is denied as the record fails to show that such relief is warranted. See Fed. R. App. P. 4(a)(5) & (6). Mailed notice (lcw, ) (Entered: 02/14/2008) |
| ~~02/13/2008~~ | ~~10~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 6 ; USCA Case No. 08-1337.(lcw, ) (Entered: 02/19/2008)~~ |
| ~~02/13/2008~~ | ~~11~~ | ~~CIRCUIT Rule 3(b) Notice. (lcw, ) (Entered: 02/19/2008)~~ |

KEY

All cross out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.