UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Daniela M. Sardisco
        Plaintiff,

v.               Case No.: 1:07–cv–06240
               Honorable Blanche M. Manning

Snickers Candy Bar
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: Ms. Sardisco seeks leave to proceed in forma pauperis on appeal. First, the court has already denied what it construed as a request by Ms. Sardisco for leave to file a late notice of appeal. See Docket No. 9. Second, for the reasons set forth in the court's dismissal order, the court finds that Ms. Sardisco's appeal from the court's order dismissing her suit against a Snickers candy bar is frivolous, just as her complaint was frivolous. See Docket No. 5. Accordingly, Ms. Sardisco's motion for leave to proceed in forma pauperis on appeal [15] is denied. The clerk is directed to forward a copy of this order to the Seventh Circuit. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.