# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

CIRCUIT RULE 3(b) NOTICE

Date: March 20, 2008

No. 08-1337

DANIELA M. SARDISCO,
       Plaintiff - Appellant

v.

SNICKERS CANDY BAR,
       Defendant - Appellee

FILED

MAR 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 21 2008

TO:    Daniela M. Sardisco
       306 Charmille Lane
       P.O. Box 87
       Wood Dale, IL  60191

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division
No. 07 C 6240, Blanche M. Manning, Judge

    This court's records indicate that on 3/18/08. the District Court denied your motion to proceed in forma pauperis.

Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT 30 DAYS YOU MUST EITHER:**

1. Pay the required $450.00 docketing fee PLUS the $5.00 filing fee ($455.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by an affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)