BR



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED

APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Daniela Maria Sardisco

FIRM: Pro Se

STREET ADDRESS: PO Box 87 WoodDale IL 60191

CITY/STATE/ZIP: PO Box 87 WoodDale IL 60191

PHONE NUMBER: (630) 523-3037

ARDC NO. (If Member of Illinois State Bar): _____

☐ I am a member of the General Bar for the Northern District of Illinois.

☒ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: Daniela Sardisco

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07CV 06114 | V. Security Council et al | C.P. Kocoras |
| 07CV 06117 | V. Lieberthal | W.R. Anderson |
| 07CV 06240 | V. Mars | |
| 07CV 06242 | V. V. Dominguez | |
| 07CV 06243 | V. Adam & Eve | |

Pro Se  /s/ Daniela Sardisco                    4-4-08
        Attorney's Signature                      Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to
Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604

07cv 06245   v. Bush et al...

07cv 06387   v. Preparation H.
v.

07 cv 06347   World Health
et al...