# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 1, 2008
Decided May 14, 2008

Before

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| DANIELA M. SARDISCO,<br>　　Plaintiff-Appellant,<br><br>No. 08-1337　　　　　v.<br><br>SNICKERS CANDY BAR,<br>　　Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6240<br>]<br>] Blanche M. Manning,<br>]　　Judge. |

　　Appellant has filed a motion to proceed in forma pauperis on appeal. This court has carefully reviewed the final order of the district court, the record on appeal, and appellant's motion to proceed in forma pauperis. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be not assist the court and no member of the panel desires briefing or argument).

　　Accordingly, **IT IS ORDERED** that the motion to proceed in forma pauperis is **DENIED**, and the final order of the district court is summarily **AFFIRMED**.